THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clarence O.
 Rice, Jr., Appellant.
 
 
 

Appeal From Anderson County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-117
Submitted February 1, 2008  Filed
 February 13, 2008    
APPEAL DISMISSED

 
 
 
 David Clarence Rice, Jr., and Deputy Chief Attorney for Capital
 Appeals Robert M. Dudek, both of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Clarence
 Rice, Jr. appeals his guilty pleas to felony
 driving under the influence causing death and leaving the scene of an accident
 resulting in great bodily harm or death.  On appeal, Rice maintains his guilty
 pleas failed to conform with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969), because the plea court failed to adequately advise him of
 his constitutional rights.  After a
 thorough review of the record, Rices brief, and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Rices appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.